614

IN RE GRIEVANCE OF Cora J. CAMPBELL, No. 124-79

January 15, 1980. Request of appellant Campbell for permission to appeal in forma pauperis, and for assignment of counsel on appeal, is denied.

Daley, J.

Martin S. HALPER v. Andrea HALPER, No. 150-79

January 15, 1980. Appeal dismissed for failure to comply with the order dated December 4, 1979.

Susan HILLMAN v. Ronald PAQUETTE, No. 218-79

January 15, 1980. Appeal dismissed for failure to comply with the order dated December 4, 1979.

Kenneth DWYER t/a Ken Dwyer & Sons v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 223-79

January 15, 1980. Appeal dismissed for failure to comply with the order dated December 4, 1979.

Frank A. BARAW v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 247-79

January 15, 1980. Appeal dismissed for failure to comply with the order dated December 4, 1979.

Gary SCHERLIN v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 256-79

January 15, 1980. Appeal dismissed for failure to comply with the order dated December 4, 1979.

IN RE P. M., Juvenile, No. 347-79

January 15, 1980. Motion to withdraw as counsel granted.

June D. PAUL v. William D. BURKE, No. 353-79

January 15, 1980. On or before January 25, 1980, the appellant shall file his printed case and appellant's brief and pay to the clerk of this Court the sum of $100.00 as terms for the benefit of the appellee, or cause dismissed.

MONTGOMERY WARD & COMPANY, INC. v. Roger E. DAVIS, No. 356-79

January 15, 1980. The appeal having been withdrawn, the cause is dismissed.